# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7316 AHM (AJWx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | FAWN FREDERICKSON, *et al.* v. SIGG SWITZERLAND (USA), INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     Before the Court is a motion brought by Defendant SIGG Switzerland (USA), Inc. ("SIGG") to stay the proceedings in this putative class action pending a determination by the Judicial Panel on Multidistrict Litigation ("JPML") on whether to coordinate pretrial proceedings in this and related cases. Plaintiffs Fawn Frederickson and Penny Keane have filed a statement indicating that they do not oppose SIGG's motion to stay the proceedings pending the JPML's determination about case coordination. The Court agrees that staying these proceedings pending the JPML's decision will conserve judicial and litigant resources and, therefore, GRANTS SIGG's motion.[1]

     The parties are ordered to file a joint statement not to exceed three pages within one week after the JPML issues its decision on SIGG's Multidistrict Litigation petition, *In re: SIGG Switzerland (USA), Inc. Aluminum Bottles Marketing and Sales Practices Litigation*, MDL No. 2137, notifying this Court of the JPML's decision.

     No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                              :

                                      Initials of Preparer           SMO

---

[1]